IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CR-00053-M

UNITED STATES OF AMERICA

v.

COURTNEY P. WILLIAMS,

Defendant.

ORDER

This matter comes before the court on the Defendant's Consent Motion to Modify Conditions of Release [DE 23]. Defendant seeks an order removing Defendant's home detention requirement and imposing a daily curfew in its place. The United States does not object.

For good cause shown pursuant to 18 U.S.C. § 3142(c)(3), the motion is GRANTED, and the Order Setting Conditions of Release (DE 18) is modified as follows:

1. The Home Detention requirement in ¶ q(i)(2) is removed.

2. The Curfew condition at ¶ q(i)(1) is imposed as "You are restricted to your residence [including all areas within your property lines] every day from 7:00 p.m. to 7:00 a.m."

3. All other conditions, including Location Monitoring at ¶ q(ii)(1), remain in effect.

SO ORDERED this __26th__ day of June, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE